JOSEPH P. WILUSZ *v.* HOWARD S. IVES,
HIGHWAY COMMISSIONER

The motion by the plaintiff to correct the record in the appeal from the. Superior Court in Hartford County is denied.

The motion by the plaintiff for review in the appeal from the Superior Court in Hartford County is denied.

The motion by the plaintiff to amend the motion to correct in the appeal from the Superior Court in Hartford County is denied.

The motion by the plaintiff, in the appeal from the Superior Court in Hartford County, to set aside the judgment is denied.

*Joseph P. Wilusz,* pro se, the appellant (plaintiff).

*Frederick D. Neusner,* assistant attorney general, for the appellee (defendant).